PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: STOKES, Eshond                            Cr.: 09-00351-1
                                                                         PACTS Number: 007794

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 08/24/09

Original Offense: Possession of a Firearm by Convicted Felon

Original Sentence: 20 months imprisonment; 2 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; 2) DNA collection; and 3) Financial Disclosure.

### PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows.

The offender shall reside for a period of one (1) month in a community corrections center, halfway house, or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges.

### CAUSE

The offender does not have a suitable place to live. In order to assist with his successful transition to supervised release, we are requesting that Stokes reside for a period of one month at the community corrections center.

Respectfully submitted,

By: Jamel Dorsey, USPO

Date: 05/13/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/14/10

Date

Dennis M. Cavanaugh
U.S. District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition

The defendant shall reside for a period of one (1) month in a community corrections center, halfway house, or similar residential facility and shall observe all the rules of that facility. Stokes is eligible for weekend privileges. The defendant shall not pay subsistence as required by the program.

Witness: _____  Signed: _____
United States Probation Officer           Probationer or Supervised Releasee
Jamel Dorsey                              Eshond Terrell Stokes

_____5/11/10_____
DATE